UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-5573 FMO (PLAx) | Date | **November 23, 2020** |
|---|---|---|---|
| Title | Atain Specialty Insurance Company v. Irma Patricia Frias De Castonon | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs:        Attorney Present for Defendants:

None Present                None Present

**Proceedings:**    **(In Chambers) Order to Show Cause Re: Sanctions or Dismissal**

Pursuant to the Court's Order of July 20, 2020, the parties were required to complete a settlement conference before the Hon. Suzanne H. Segal (Ret.) of Signature Resolution no later than September 18, 2020. (See Dkt. 42, Court's Order of July 20, 2020, at 1). The parties were required to file a Status Report Re: Settlement no later than 24 hours after the settlement proceeding. (See id. at 3).

As of the filing date of this Order, a Status Report Re: Settlement has not been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **November 30, 2020**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |